Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Sanders & Associates Tax & Accounting Solutions Corp.** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | **Sanders & Tidwell CPAs & Assoc Corp** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | __ __ – __ __ __ __ __ __ __ | |
| **4. Debtor's address** | **Principal place of business**  **1707 Broadmoor Dr**  Number   Street  **Bryan, TX 77802-5219**  City                State    ZIP Code  **Brazos**  County | **Mailing address, if different from principal place of business**  Number   Street  City                State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City                State    ZIP Code |
| **5. Debtor's website (URL)** | **psanderscpa.com** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **1**

Debtor    **Sanders & Associates Tax & Accounting Solutions Corp.**    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When ____/____/____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____ When ____/____/____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>　　　　District _____ When ____/____/____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Debtor    **Sanders & Associates Tax & Accounting Solutions Corp.**            Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                              Number    Street<br>_____<br>City                          State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency  _____<br>          Contact name    _____<br>          Phone           _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99         ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999       ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  **Sanders & Associates Tax & Accounting Solutions Corp.**           Case number *(if known)* _____
         Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/10/2026**
              MM/ DD/ YYYY

X  **/s/ Tracye Dobbs-Sanders**                           **Tracye Dobbs-Sanders**
Signature of authorized representative of debtor          Printed name

Title  **Sole Owner and Director**

### 18. Signature of attorney

X  **/s/ Reese Baker**                      Date  **03/10/2026**
Signature of attorney for debtor                  MM/ DD/ YYYY

**Reese Baker**
Printed name

**Baker & Associates**
Firm name

**950 Echo Ln Ste 300**
Number     Street

**Houston**                                **TX**         **77024-2824**
City                                        State         ZIP Code

_____                    **courtdocs@bakerassociates.net**
Contact phone                              Email address

**01587700**                                **TX**
Bar number                                  State

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **4**

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Sanders & Associates Tax &
Accounting Solutions Corp.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/10/2026**       Signature       **/s/ Tracye Dobbs-Sanders**

Tracye Dobbs-Sanders, Sole Owner and Director

ADT Security
452 Sable Blvd Unit G
Aurora, CO 80011-0813


Brazos County Tax Assessor
4151 County Park Ct
Bryan, TX 77802-1430


CFG Merchant Solutions, LLC
11921 Freedom Drive, Suite 910
Reston, VA 20190


Clover First Data Merchant
Svcs LLC
4000 Coral Ridge Dr
Coral Springs, FL 33065-7614


Computer Works
Po Box 10641
College Station, TX 77842-0641


Culligan Water
3900 State Highway 6 S Ste 102
College Station, TX 77845-5831


Culligan Water
3900 State Hwy 6 South Suite 102
College Station, TX 77845


Tracye Ann Dobbs-Sanders
12 Ranchero Rd
Bryan, TX 77845

Embassy Record Mgmnt
Po Box 11930
College Station, TX 77842-1930


EZ Insurance Solutions
c/o Affinity Insurance Services
1100 Virginia Dr Ste 250
Fort Washington, PA 19034-3278


Headway Capital, LLC
Attn: Director of Operations
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


ODK Capital LLC
Attn: Director of Operations
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009


Optimum
Po Box 4019
Carol Stream, IL 60197-4019


Paul F. Sanders
12 Ranchero Road
College Station, TX 77845


Quadient Finance USA
Po Box 6813
Carol Stream, IL 60197-6813

Ricoh USA Inc
300 Eagleview Blvd
Exton, PA 19341-1155


Texas Workforce Commission
Office of the Attorney General
Po Box 12548 Mc-0008
Austin, TX 78711-2548


Thomas Reuters
36337 Treasury Ctr
Chicago, IL 60694-6300


Ubeo Equipment
Po Box 660831
Dallas, TX 75266-0831


Ubeo Equiptment
Po Box 660831
Dallas, TX 75266-0831


WADS Broadmoor Realty LLC
1707 Broadmoor Dr Ste 103
Bryan, TX 77802-5219