United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 26-31611 |
| SANDERS & ASSOCIATES TAX & | § | |
| ACCOUNTING SOLUTIONS CORP., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER
### SETTING HEARINGS
*ECF Nos. 2 and 3*

1. On **Thursday, March 12, 2026, at 9:00 a.m. (Central Standard Time)**, hearings on Debtor's Emergency Motion for Preliminary and Interim Use of Cash Collateral, ECF No. 2 and Debtor's Emergency Motion for Order Authorizing Payment of Pre-Petition Payroll Obligations, ECF No. 3, shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, **COURTROOM NO. 401**, 515 Rusk, Houston Texas, 77002.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

6. Upon entry of this Order, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED Wednesday, March 11, 2026

_____
Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**